# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:17-CV-143-RJC-DCK

| | |
|---|---|
| **BRANDON CHRYSLER,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **SPECTRUM BRANDS, INC.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay" (Document No. 18) filed January 11, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and acknowledging consent of the parties, the undersigned will respectfully <u>deny</u> the motion without prejudice.

The undersigned observes that discovery is due to be completed in two (2) weeks, but that dispositive motions are not due until March 1, 2018. Moreover, the parties reached an impasse at private mediation on December 14, 2017. Under these circumstances, the undersigned is not persuaded this case should be stayed at this stage of the litigation.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay" (Document No. 18) is **DENIED WITHOUT PREJUDICE**. The parties may bring the motion again, if appropriate, or file other motions regarding scheduling, after Judge Conrad rules on the pending Motion For Judicial Settlement Conference.

Signed: January 11, 2018

David C. Keesler
United States Magistrate Judge